# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 3 2020
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

Case No. EDCV20-02231-JGB(JEMx)
*(to be filled in by the Clerk's Office)*

BENSON, ADA MARIA
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

SAN JACINTO School District
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  [X] Yes  [ ] No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: BENSON, ADA MARIA
Street Address: 324 South State St #3054
City and County: SAN JACINTO, RIVERSIDE
State and Zip Code: CALIFORNIA 92546
Telephone Number: (951) 480-9972
E-mail Address: BENSONADAMARIA@GMAIL.COM

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: San Jacinto School District
  Job or Title (if known): Director
  Street Address: San Jacinto St.
  City and County: San Jacinto, Riverside
  State and Zip Code: California, 92583
  Telephone Number: (951) 929-7700
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | SAN JACINTO School DISTRICT |
| Street Address | 2045 SAN JACINTO (St) Ave |
| City and County | SAN JACINTO, RIVERSIDE |
| State and Zip Code | California 92583 |
| Telephone Number | (951) 929-7700 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ No  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin). Lack of Probable Cause on Termination.

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ No  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ yes  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ yes  Other federal law *(specify the federal law)*: 42 U.S.C. Lack of Probable Cause on Termination.

☒ yes - Relevant ~~state~~ law *(specify, if known)*: Federal law. 28 U.S. Code § 4101 Defamatory charges & Malice

☐  Relevant city or county law *(specify, if known)*: N/A

☒ yes. Educational Codes U.S. Department of Education.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- [ ] Failure to hire me.
- [X] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [X] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [X] Other acts (specify): Use Police (local) at termination day.

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Since 10-16-2012 to this date

C. I believe that defendant(s) (check one):

- [X] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):

- [X] race
- [X] color
- [X] gender/sex
- [ ] religion
- [ ] national origin
- [X] age (year of birth) _____ (only when asserting a claim of age discrimination.)
- [X] disability or perceived disability (specify disability)

To be discussed in court.

E. The facts of my case are as follows. Attach additional pages if needed.

On October 16, 2012 I was accossed in improper ways and verbally abused by the principal of the De Anza Elementary School at the school library while I was at ground level. I was not called

Page 4 of 6

to the office to discuss professionally any conversation about the day school activities, but I was reprimanded and no code of ethics neither Educational code was used, but all the Educational protocol in dealing with educators was ignored. Basically I was verbally assaulted in public. Thereafter defamation exists. Defamatory references have been provided to prospective employers. School sent to campus exit Police Surveilled

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

No Need. Employment Development Department Investigators followed through and provided State documents to verify defamation.

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

N/A. EDD investigators found that defamation was ongoing

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☐ issued a Notice of Right to Sue letter, which I received on *(date)* _____

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) Defamatory charges are obvious (state investigation was obtained) It is clear that not hired by any school District thereafter (October 16, 2012) has to do with defamation, slander, & libel. Punitive damages.
(2) If Former employer had not damaged with malice Character and professional career, my usual salary per day of work should have been $150. per day; since October 16, 2012, 2,008 days have passed (working days) plus Teacher's Retirement benefits. In spite of applications placed no educational institution has hired.

Page 5 of 6

> In a verbal conversation at Hemet Library before Corona Virus at a Parents Literacy class was stated indirectly that defamation has continued. Although in indirect ways, I got a copy of the EDD investigation by request and deemed necessary to bring this to the Supreme Court.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/17/2020

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: BENSON, ADA MARIA

### B. For Attorneys

Date of signing:

Signature of Attorney: N/A
Printed Name of Attorney: Pro Se
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: BENSONADAMARIA@GMAIL.COM

Benson, Ada Maria
P.O. Box 3054
Hemet, CA 92546

CLERK, U.S. DISTRICT COURT
OCT 23 2020
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

U.S. Courthouse
Civil Rights Division
3470 Twelfth St
George E. Roybal Federal
Building
Riverside, CA 92501-3801

7019 2970 0002 3008 7872

UNITED STATES POSTAL SERVICE
1000
92501

U.S. POSTAGE PAID
FCM LG ENV
SAN JACINTO, CA
92583
OCT 20, 20
AMOUNT
$4.95
R2305E125282-12

CERTIFIED MAIL